# PHILLIPS v STATE OF FLORIDA

## Case No. 90-008 AC A02 (Lower Court Case No. 89-138332 TI A08)

Fifteenth Judicial Circuit, Palm Beach County

January 11, 1991

### APPEARANCES OF COUNSEL

**Michael Phillips,** pro se.

**Preston Mighdoll, Esquire,** for appellee.

Before COLBATH, MOUNTS, WENNET, JJ.

### OPINION OF THE COURT

COLBATH, J.

The Appellant, Defendant below, appeals the trial court's finding him guilty of speeding.

The record on appeal contains neither a transcript nor a narrative report of the trial court's proceedings. A lower court's ruling comes to an appellate court clothed with a presumption of correctness, and without a record to demonstrate an abuse of discretion of the trial court, an appellate court must affirm. *Sun First National Bank of Orlando v Santarsiero,* 401 So.2d 946 (Fla. 5th DCA 1981) and *Pence v Ennis,* 163 So.2d 330 (Fla. 2d DCA 1964). Accordingly, this Court has no choice but to affirm.

The facts as presented to this Court by the Appellant's Initial Brief are disturbing to the extent that this Court suspects that the officer did indeed arrest the wrong person. Case law, however, is legion that appellate courts may not substitute its judgment for that of the trial court.

Accordingly, and for the reasons and authority set forth above, the judgment of the trial court is hereby affirmed. MOUNTS, WENNET, JJ., concur.